**Ardell G. RUETHER, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 40320.**

Missouri Court of Appeals,
Western District.

Nov. 8, 1988.

Motion for Transfer to Supreme Court
Denied Dec. 27, 1988.

Julian J. Ossman, Asst. Public Defender,
Jefferson City, for appellant.

William L. Webster, Atty. Gen., Christopher M. Kehr, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and
CLARK and NUGENT, JJ.

### ORDER

PER CURIAM.

Appeal from denial of a Rule 27.26 motion for post-conviction relief.

JUDGMENT AFFIRMED.  Rule 84.-16(b).